# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Boyd Gaming Corporation,            )<br>                                                     )<br>                        Plaintiff,      )<br>     vs.                                          )<br>                                                     )<br>B Hotel Group, LLC,                    )<br>                                                     )<br>                        Defendant.  )<br>_____) | Case No.: 2:13-cv-00981-GMN-CWH<br><br>**MINUTE ORDER** |

     Having reviewed the Motion to Extend (ECF No. 40) filed by Plaintiff, and the Motion to Strike (ECF No. 47) filed by Defendant, and finding good cause and no undue prejudice, the Court hereby **GRANTS** Plaintiff's Motion to Extend (ECF No. 40), **DENIES** Defendant's Motion to Strike (ECF No. 47), and gives leave to Defendant to file a Sur-Reply by April 4, 2014.

     **DATED** this 21st day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court