LAURA BIELINSKI, ESQ. Nevada Bar No. 10516
lbielinksi@bhfs.com
MITCHELL J. LANGBERG, ESQ., Nevada Bar No. 10118
MLangberg@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
*Attorneys for Plaintiff*
*Boyd Gaming Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOYD GAMING CORPORATION, a Nevada Corporation<br><br>Plaintiff,<br><br>v.<br><br>B HOTEL GROUP, LLC, a Florida limited liability company,<br><br>Defendant. | CASE NO.: 2:13-cv-00981-GMN-CWH<br><br>***EX PARTE* MOTION TO REMOVE JOANNA M. MYERS, ESQ. FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** |

COMES NOW Plaintiff Boyd Gaming Corporation ("Plaintiff"), by and through its counsel of record, Laura Bielinski, Esq., Mitchell J. Langberg, Esq. and Emily A. Ellis, Esq., of Brownstein Hyatt Farber Schreck, LLP, and hereby brings this *Ex Parte* Motion to Remove Joanna M. Myers, Esq. from CM/ECF Service List.

Pursuant to Local Rule IA 10-6, Plaintiff hereby moves to remove Joanna M. Myers, Esq., as its counsel in the above-referenced matter for the reasons set forth:

Effective April 2014, Ms. Myers left her position at Brownstein Hyatt Farber Schreck, LLP and no longer represents the Plaintiff in this action. Laura Bielinski, Esq., Mitchell J. Langberg, Esq. and Emily A. Ellis, Esq., of Brownstein Hyatt Farber Schreck, LLP, will continue to serve as counsel of record.

…

For the foregoing reasons, counsel asks that this motion be granted and that Joanna M. Myers, Esq. be removed from the CM/ECF Service List for this action.

DATED this 30th day of July, 2014.

        BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: /s/ Laura Bielinski
    Laura Bielinski, Esq.
    Nevada Bar No. 10516
    Mitchell J. Langberg, Esq.
    Nevada Bar No. 171912
    Emily A. Ellis, Esq.
    Nevada Bar No. 11956
    100 N. City Parkway, Suite 1600
    Las Vegas, NV 89106
    *Attorneys for Plaintiff*
    *Boyd Gaming Corporation*

## **ORDER**

IT IS SO ORDERED.

DATED July 31, 2014

_____
C.W. Hoffman, Jr.
United States Magistrate Judge