# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BOYD GAMING CORPORATION, | ) | |
| Plaintiff, | ) | Case No.  2:13-cv-00981-GMN-CWH |
| vs. | ) | **ORDER** |
| B HOTEL GROUP, LLC, | ) | |
| Defendant. | ) | |

      This matter is before the Court on Plaintiff's Motion to Extend Discovery Deadlines (#55), filed July 29, 2014; Defendant's Response (#61), filed August 4, 2014; and Plaintiff's Reply (#63), filed August 6, 2014.  The undersigned has reviewed the briefing and finds that Plaintiff has shown good cause for the requested extension.  Defendant's generalized objection that it will be prejudiced by an extension is unsupported by both the record and the briefing.

      Based on the foregoing and good cause appearing,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Discovery Deadlines (#55) is **granted**.

      **IT IS FURTHER ORDERED** that the Scheduling Order is modified as follows:

1. Discovery cutoff — **March 17, 2015**
2. Expert designations — **December 17, 2014**
3. Rebuttal expert designations — **February 17, 2015**
4. Interim status report — **December 17, 2014**
5. Dispositive motions — **April 16, 2015**

      **IT IS FURTHER ORDERED** that any extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted.  All motions or stipulations to extend discovery shall be received by the Court at least

**twenty-one (21) days** prior to the date fixed for completion of discovery or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than **twenty-one (21) days** before expiration of the subject deadline or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court. Any extension or modification of a discovery deadline or subject deadline not filed at least **twenty-one (21) days** prior to the date fixed for completion of discovery or the expiration of the subject deadline must be supported by a showing that the failure to act was the result of excusable neglect. The motion or stipulation shall include:

    a. A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

    b. A specific description of the discovery which remains to be completed;

    c. The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

    d. A proposed schedule for the completion of all remaining discovery.

**IT IS FURTHER ORDERED** that if no dispositive motions have been filed within the time frame specified in this Order, then the parties shall file a written, joint proposed Pretrial Order by **May 16, 2015**. If dispositive motions are filed, then the parties shall file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

DATED: August 8, 2014.

                                      **C.W. Hoffman, Jr.**
                                      **United States Magistrate Judge**